**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**

**SAMUEL PACHECO,**

      **Plaintiff,**                      **CASE NO.:**

**v.**

**FEDEX FREIGHT INC.,**

      **Defendant.**
_____/

## NOTICE OF REMOVAL

Defendant, FEDEX FREIGHT, INC. ("Defendant"), pursuant to 28 U.S.C. §§ 1331, hereby files this Notice of Removal of the cause from the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida to the United States District Court for the Southern District of Florida, Ft. Lauderdale Division ("Notice"). In support of this Notice, the Defendant states as follows:

## BACKGROUND

1. Plaintiff filed a complaint against the Defendant in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida styled *Samuel Pacheco v. FedEx Freight, Inc.*, Case No. CACE 20-018084 (the "State Action"). Pursuant to 28 U.S.C. § 1446(a), the State Action complaint ("Complaint") is attached to this Notice, along with a copy of any State Action filings that were served upon Defendant, as **Exhibit A**.

2. The State Action arises from the Plaintiff's former employment with the Defendant.

3. The Plaintiff contends that the Defendant did not properly pay him overtime and/or minimum wage and that the Defendant retaliated against him in violation of the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq.* ("FLSA"). *See* Compl. at ¶¶ 11-25.

4. In connection with these allegations, the Plaintiff brings one count against the Defendant purporting to allege wage and hour violations under the FLSA and a second count against the Defendant purporting to allege retaliation under the FLSA.

## **GROUNDS FOR REMOVAL**

1. A notice of removal must contain "a short and plain statement of the grounds for removal." *Roe v. Michelin N. Am., Inc.*, 613 F.3d 1058, 1060 (11th Cir. 2010).

2. The Complaint consists of two counts, each which raise claims arising under federal law. *See* Compl. at ¶¶ 14-25.

3. This Court has original jurisdiction over these claims pursuant to 28 U.S.C. §1331 under its federal question jurisdiction, and the action may therefore be removed to this Court by the Defendant pursuant to 28 U.S.C. §1441.

4. Venue is proper in the Southern District of Florida, Ft. Lauderdale Division, because the State Action is pending within the jurisdictional confines of this District and Division. *See* 28 U.S.C. §1446(a).

5. Removal is timely, as the Plaintiff served the Defendant on November 10, 2020, and this Notice is filed within the thirty-day period provided in 28 U.S.C. § 1446(b).

6. The Defendant has given written notice of the filing of this Notice of Removal to all adverse parties as required by 28 U.S.C. § 1446(d), and has filed a copy of this Notice of Removal with the Clerk of the Circuit Court for the Seventeenth Judicial Circuit in and for Broward County, Florida.

## **CONCLUSION**

The Defendant respectfully requests that the above-captioned matter, now pending against it in the Circuit Court for the Seventeenth Judicial Circuit in and for Broward County, Florida, Case No. CACE 20-018084, be removed to this Honorable Court, and that this Court assume full jurisdiction over the action.

Dated this 30th day of November 2020.

        Respectfully submitted,

        *s/Caroline M. Landt*
Caroline M. Landt, Esq.
Florida Bar No.:  0091812
Primary Email: clandt@bakerlaw.com
Secondary Email: dbichard@bakerlaw.com
Meagan L. Martin, Esq.
Primary Email: mmartin@bakerlaw.com
Secondary Email: dquick@bakerlaw.com
Florida Bar No.:  0089657
**BAKER & HOSTETLER LLP**
200 South Orange Avenue, Suite 2300
Post Office Box 112
Orlando, FL  32802-0112
Telephone:  (407) 649-4000
Facsimile:  (407) 841-0168
**COUNSEL FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 30th day of November 2020, a true and correct copy of the foregoing has been served via U.S. mail upon:

Rainier Regueiro, Esq.
Remer & Georges-Pierre, PLLC
Comeau Building
319 Clematis Street, Suite 606
West Palm Beach, FL 33401

*s/Caroline M. Landt*
Caroline M. Landt, Esq.
